IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOYAN FOLAMI,

    Plaintiff,

v.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA,

    Defendant.

No. C 12-03099 JSW

**ORDER OF DISMISSAL**

On October 3, 2012, this Court issued an order denying Plaintiff's application to proceed *in forma pauperis* and dismissing the complaint for failure to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure. The Court, however, granted Plaintiff leave to amend the complaint by no later than October 26, 2012. The Court admonished that failure to file a cognizable legal claim by that date would result in dismissal of this action with prejudice.

Having received no amended complaint, this case is DISMISSED. A separate judgment shall issue and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 9, 2013

                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TOYAN FOLAMI,

        Plaintiff,

  v.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA et al,

        Defendant.

Case Number: CV12-03099 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Toyan Folami
1050 7th Street, #1007
Oakland, CA 94607

Dated: January 9, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk