IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOYAN FOLAMI,

    Plaintiff,

v.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA,

    Defendant.

                                               /

No. C 12-03099 JSW

**ORDER OF DISMISSAL**

On October 3, 2012, this Court issued an order denying Plaintiff's application to proceed *in forma pauperis* and dismissing the complaint for failure to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure. The Court, however, granted Plaintiff leave to amend the complaint by no later than October 26, 2012. The Court admonished that failure to file a cognizable legal claim by that date would result in dismissal of this action with prejudice.

Having received no amended complaint, this case is DISMISSED. A separate judgment shall issue and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 9, 2013

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOYAN FOLAMI, | Case Number: CV12-03099 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Toyan Folami
1050 7th Street, #1007
Oakland, CA 94607

Dated: January 9, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk